# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION

| | |
|---|---|
| PRESTON DWIGHT DAVIS,   )<br>      Plaintiff,   )<br>v.   )<br>   )<br>STEPHANIE LEWIS,   )<br>individually and in her official   )<br>capacity as the Director of   )<br>Brunswick County's Operation )<br>Services Department; BRYAN   )<br>HOLLIS, individually and in his )<br>official capacity as the   )<br>plaintiff's direct supervisor;   )<br>ANN HARDY, individually and   )<br>in her official capacity as   )<br>County Manager for Brunswick )<br>County, North Carolina; and   )<br>BRUNSWICK COUNTY, NORTH )<br>CAROLINA,   )<br>      Defendants. ) | **JUDGMENT**<br><br>No. 7:16-CV-340-H |

**Decision by Court.**
This case came before the Honorable Malcolm J. Howard, Senior United States District Judge for consideration.

**IT IS ORDERED, ADJUDGED AND DECREED** defendants' motion for summary judgment is granted, plaintiff's motion to exclude expert testimony of Reginald R. Hines is denied as moot and defendants' motion to strike plaintiff's response to the statement of material facts is denied and this case is closed.

<u>This Judgment Filed and Entered on March 22, 2019, with service via CM/ECF Notice of Electronic Filing on</u>:

| | |
|---|---|
| Ira Braswell, IV | via CM/ECF |
| Mary Craven Adams | via CM/ECF |
| H. Stephen Robinson | via CM/ECF |

DATED: March 22, 2019    PETER A. MOORE, JR., CLERK

By: <u>/s/ Lisa W. Lee</u>
(Deputy Clerk)